**CT Corporation**

**Service of Process Transmittal**
05/21/2012
CT Log Number 520547647

**TO:** Georgia-Pacific Law Dept. Service of Process
Georgia-Pacific LLC
133 Peachtree St. NE
Atlanta, GA 30303

**RE:** **Process Served in Tennessee**

**FOR:** Georgia-Pacific (Cross Ref Name) (Domestic State: DE)
Georgia-Pacific LLC (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Deng Kur Lual, Pltf. vs. Georgia Pacific, Dft. |
| **DOCUMENT(S) SERVED:** | Warrant, Attachment |
| **COURT/AGENCY:** | None Specified<br>Case # None Specified |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - On October 13, 2010 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Knoxville, TN |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/21/2012 at 11:30 |
| **JURISDICTION SERVED:** | Tennessee |
| **APPEARANCE OR ANSWER DUE:** | May 23, 2012 at 1:30 p.m. |
| **ATTORNEY(S) / SENDER(S):** | Deng kur Lual<br>487 N Highland Apartment<br>Memphis, TN 3803812<br>901-604-5029 |
| **ACTION ITEMS:** | Telephone, Georgia-Pacific Law Dept. Service of Process , 404-652-5295<br>SOP Papers with Transmittal, via Fed Ex Standard Overnight , 798423347316<br>Image SOP<br>Email Notification, Georgia-Pacific Law Dept. Service of Process GPLAWSOP@GAPAC.COM |
| **SIGNED:** | C T Corporation System |
| **PER:** | Amy McLaren |
| **ADDRESS:** | 800 S. Gay Street<br>Suite 2021<br>Knoxville, TN 37929-9710 |
| **TELEPHONE:** | 800-592-9023 |

**EXHIBIT A**

Page 1 of 1 / GP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# State of Tennessee, County of Shelby

*Alias*

**CIVIL WARRANT NO.** 1551339

**To Any Lawful Officer to Execute and Return:**

Summon to appear before the Court of General Sessions of Shelby County, Tennessee, Room 106 Shelby County Courthouse, 140 Adams Ave., Memphis, Tennessee.

**Defendant:** Georgia Pacific
**Address:** c/o CT Corporation System, 800 South Gay Street, Suite 2021, Knoxville, TN 37929-9701

on DAY 23 DATE May 2012 TIME 1:30 P.M.

to answer in a civil action brought by the Plaintiff(s) DENG KUR LUAL

for wrong termanation. I was terminated wrongly because 9 refusing to commit fraud by inflating Production Percentage. After insisting that it was unlawful to commit fraud. I was written up and given 2 points for no show and no call while I was at work.

under _____ Dollars

Issued this 12 day of April 2012

**Atty. For Plft.** DENG KUR LUAL
**Address** 487 N Highland Apt 26 memph, 3814 -3814
**Phone** 901-6045029
**Code No.**
**B.P.R. No.**

Edward L. Stanton, Jr.
Clerk Pro Tempro, Clerk of General Sessions Court

A Kent
Deputy Clerk

## JUDGMENT

Judgment for _____ and Cost of suit and litigation taxes, for which Execution may issue.

This _____ day _____ 20 _____

Judge of Division _____

## SERVICE

Came to hand same day issued and executed as commanded on Served Special Assistant Secretary of State by Service of Process to CT Corporation System, its Registered Agent for Ericka Fry
Georgia Pacific Company

This MAY 21 2012 day of _____ 20 _____

W C Bryant
Sheriff/Process Server

****SEE OTHER SIDE FOR ADDITIONAL SERVICE****
****AND NOTICE TO DEFENDANT(S)****

Came to hand same day issued and executed as commanded on _____

This _____ day of _____ 20 _____
Sheriff/Process Server

*(stamp: GENERAL SESSIONS COURT CLERK 2012 APR 12 PM 2:45)*

| Came to hand same day issued and executed as commanded on _____ | Came to hand same day issued and executed as commanded on _____ |
|---|---|
| This _____ day of _____ 20 ___ <br> **Sheriff/Process Server** | This _____ day of _____ 20 ___ <br> **Sheriff/Process Server** |

## NOTICE

** $10,000.00 **
Exemption allowed

**TO THE DEFENDANT (S):**

Pursuant to Tennessee code annotated 26-2-114, you are hereby given the following notice:
Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed, these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## AFFIDAVIT

To the best of my information and belief, after investigation of Defendant's employment, I hereby make affidavit that the Defendant is / is not a member of a military service.

_____
Attorney for Plaintiff or Plaintiff

_____
Notary Public

My Commission Expires: _____

Regarding: Wrong termination.

This termination happened when a supervisor told me to commit fraud by inflating machine count so that the job percentage looks good. When I refused to carry out this fraud the supervisor went ahead and wrote me up on 10/13/2010 for leaving the line unattended. The very same day I was written up. The supervisor turned around and gave me 2 points for no call and no show while I was actually at work. Based on conclusion, they supervisors simply wanted to get rid of me in anyway. Possible ever is it means doing it the wrong way. The question became, how could a person who was written up for lock of paying attention on machine be given 2 points for no call and no show call. Secondly, on the 11/19/2011, I gave him prove of doctor slip but the supervisor still gave me a 1points occurrences. Your honor the truth is truth, no matter what it takes; the company has shown their justification for committing this fraud of inflating the numbers as a base of terminating me. I was hired by the above name employer on March 5, 2009 as a Sorter.

I was been subjected to continuous harassment because of my national origin, of being foreign from Africa. I complained recently as January 25, 2011 to Doug Mele, Human Resources Manager, Shane Russell, Supervisor, and Miguel Forman Safety Manger and as a result I was discharged on January 27, 2011. More specifically, I have unfairly written up and suspended twice and told that was too skinny and weak to work for the company. When I complained about the unfair discipline and mistreatment, Dean Baker told me that this not Africa and I could not been complain all the time. To my knowledge other employees in the department are not been mistreated in the same manner.

In addition, I have been denies my vacation day for which I am entitled. I believe that I have been discriminated against because of my national origin south Sudanese, and in retaliation for

objected to unlawful employment practices in violation of Title VII of the Civil Right Act of 1964 as allege. Lastly, the company is argument that I was terminated based on my attendant or no call and no show is incorrect. I have the proof with me showing that I was written up and given absenteeism occurrences while I was actually at work. In addition, I also have a proof of doctor's slip. The points are that I was terminated wrongly before I reached the maximum points for termination. I become victim of supervisors due to my juries, I was jury in the company, and they supervisors treated me like criminal refused to take me to hospital. I am suing Georgia pacific company for damages and the pains, physical harm or illness, loss of weight those cause by emotional distress and also payback.

*Deng Kus Jual*

4/9/2012