```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```
_____

DENG KUR LUAL,                    )
                                  )
    Plaintiff,                    )
                                  )
v.                                )   No. 2:12-cv-02456-JPM-tmp
                                  )
GEORGIA-PACIFIC RPC LLC,          )
                                  )
    Defendant.                    )
_____

                            **JUDGMENT**
_____

**JUDGMENT BY THE COURT.**  This action having come before the Court on the Stipulation of Dismissal with Prejudice of both parties (Docket Entry ("D.E.") 12), filed on September 11, 2012,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice (D.E. 12), entered on September 11, 2012, the above-captioned case is dismissed with prejudice.


APPROVED:


/s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE

September 11, 2012
Date